```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

FIRST STATE INSURANCE COMPANY, ET AL.,

          Plaintiffs,

- against -

UNITED JEWISH APPEAL-FEDERATION OF JEWISH PHILANTHROPIES OF NEW YORK INC., ET AL.,

          Defendants.

25-cv-1418 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time to respond to the complaint is extended to **March 28, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

SO ORDERED.

Dated:    New York, New York  
           March 17, 2025

                                          John G. Koeltl  
                                  United States District Judge