UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRST STATE INSURANCE COMPANY, ET AL.,

        Plaintiffs,

- against -

UNITED JEWISH APPEAL-FEDERATION OF JEWISH PHILANTHROPIES OF NEW YORK, INC., ET AL.,

        Defendants.

25-cv-1418 (JGK)

ORDER

---

On March 17, 2025, this Court extended the time to answer or respond to the complaint to March 28, 2025. ECF No. 12. To date, no answer or response has been filed.

Accordingly, the time for the defendants to move or answer is extended to **April 18, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
           April 2, 2025

                                              John G. Koeltl
                                      United States District Judge