UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRST STATE INSURANCE COMPANY, ET AL.,

        Plaintiffs,

- against -

UNITED JEWISH APPEAL-FEDERATION OF JEWISH PHILANTHROPIES OF NEW YORK INC., ET AL.,

        Defendants.

25-cv-1418 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 2, 2025.**

SO ORDERED.

Dated:    New York, New York
          April 18, 2025

                                              John G. Koeltl
                                      United States District Judge