UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIRST STATE INSURANCE COMPANY,
                        Plaintiff(s)

                  25 civ 1418 (JGK)

     -against-

UNITED JEWISH APPEAL-FEDERATION
OF JEWISH PHILANTHROPIES OF NEW YORK, et al.,
                       Defendant(s).
------------------------------------------------------------X

## ORDER

The parties shall submit a Rule 26(f) report by **July 23, 2025.**

The conference scheduled for Wednesday, July 2, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

                                                           **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         June 25, 2025