UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRST STATE INSURANCE COMPANY, ET AL.,

          Plaintiffs,

- against -

UNITED JEWISH APPEAL-FEDERATION OF JEWISH PHILANTHROPIES OF NEW YORK INC., ET AL.,

          Defendants.

25-cv-1418 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, UJA should confirm whether it is asserting any counterclaims by **July 18, 2025**. The plaintiffs may move to dismiss any counterclaims by **August 1, 2025**. The defendants should respond by **August 22, 2025**. The plaintiffs may reply by **September 5, 2025**.

The parties should submit a Rule 26(f) report by **July 25, 2025**.

SO ORDERED.

Dated:    New York, New York
           July 7, 2025

                                                John G. Koeltl
                                    United States District Judge