UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRST STATE INSURANCE COMPANY ET AL.,

          Plaintiffs,

- against -

UNITED JEWISH APPEAL-FEDERATION OF JEWISH PHILANTHROPIES OF NEW YORK INC. ET AL.,

          Defendants.

25-cv-1418 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs/counterclaim defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss and to strike, ECF No. 39.

SO ORDERED.

Dated:    New York, New York
          September 15, 2025

                                                        John G. Koeltl
                                         United States District Judge