UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

FIRST STATE INSURANCE COMPANY, ET
AL.,                                          25-cv-1418 (JGK)

             Plaintiffs,                    ORDER

    - against -

UNITED JEWISH APPEAL - FEDERATION OF
JEWISH PHILANTHROPIES OF NEW YORK
INC. ET AL.,

             Defendants.
_____

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a conference in connection with the defendants' January 7, 2026 submission, ECF No. 56, on **Friday, January 9, 2026**, at **2:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
        January 8, 2026

                          John G. Koeltl
                    United States District Judge