UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————

FIRST STATE INSURANCE COMPANY, ET
AL.,                                              25-cv-1418 (JGK)

                    Plaintiffs,                   ORDER

        - against -

UNITED JEWISH APPEAL-FEDERATION OF
JEWISH PHILANTHROPIES OF NEW YORK
INC., ET AL.,

                    Defendants.
——————————————————————————

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the

plaintiffs may respond to the defendants' motion to dismiss and

to stay, which was filed on March 3, 2026, by **April 2, 2026.** The

defendants may reply by **April 16, 2026.** Moreover, the defendant

Shorefront may move to amend its answer and counterclaims by

**March 20, 2026.** The plaintiffs may respond by **April 10, 2026.**

Shorefront may reply by **April 24, 2026.**

SO ORDERED.

Dated:      New York, New York
            March 3, 2026

                                        _____
                                              John G. Koeltl
                                        United States District Judge