Barnes & Thornburg

390 Madison Avenue, FL 12
New York, NY 10017-25099 U.S.A.
(646) 746-2000
Fax (646) 746-2001

www.btlaw.com

Lynda A. Bennett
Partner
(973) 775-6109
lbennett@btlaw.com

August 13, 2026

**VIA ECF AND EMAIL**

The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: *First State Insurance Company, et al. v. United Jewish Appeal-Federation of Jewish Philanthropies of New York, Inc., et al.*, No. 1:25-cv-01418-JGK**

Dear Judge Koeltl:

This firm represents United Jewish Appeal-Federation of Jewish Philanthropies of New York, Inc. (the "UJA") and Shorefront YM-YWHA of Brighton-Manhattan Beach, Inc. ("Shorefront," together with UJA, the "Defendants") in connection with the captioned matter concerning an insurance coverage dispute for lawsuits brought pursuant to the Child Victims Act ("CVA Claims"). Pursuant to Rule I.C of Your Honor's Individual Practices, we write jointly with counsel for Plaintiffs requesting a sixty-day extension of the stay and all deadlines in this matter.[1] The Parties respectfully submit that this additional extension will allow them to finalize underlying settlements and reach mutual agreement and resolution of this action.

To date, the Parties have worked diligently and engaged in meaningful and productive settlement discussions and in-person mediation sessions for all four CVA Claims at issue in this litigation. Those four CVA Claims are *Breska*, *Glode*, *MGD-2*, and *MGD-19*. As we previously advised, the Defendants and the Plaintiffs participated in a multi-day mediation of the *Breska* lawsuit, which resulted in the settlement of the CVA Claim and the related insurance dispute with respect to that claim. The Defendants and the Plaintiffs have now also participated in mediations of the *MGD-2, MGD-19,* and *Glode* CVA Claims, which has resulted in settlements in principle of those lawsuits and the related insurance disputes that are currently being reduced to writing.

The Defendants are not-for-profit entities that respectfully request the opportunity to preserve their limited resources. The Parties anticipate that once the settlements are finalized, the

[1] On June 17, 2026, the Parties jointly submitted a letter to this Court seeking an extension of the deadlines in this lawsuit. [Dkt. No. 85.] The Court granted the extension by Order, dated June 17, 2026. [Dkt. No. 86.] The Defendants' request is the third request for an extension of deadlines.

Parties will submit a joint request for dismissal of this matter. The Parties submit that a sixty-day extension will avoid the unnecessary cost and expense of litigation that they anticipate will be resolved within the next few weeks.

The Parties jointly request that this Court continue the stay in this action for an additional sixty days, to October 16, 2026, including any ruling on Defendants' Motion to Dismiss (Dkt. No. 68) and Shorefront's Motion to Amend (Dkt. No. 72). The Parties further request an extension of the previously extended deadlines as follows:

- Document production completed from August 25, 2026, to October 26, 2026;
- Privilege logs exchanged from September 11, 2026, to November 10, 2026;
- Requests for admission served from September 30, 2026, to November 30, 2026;
- Fact discovery and fact witness depositions completed from November 25, 2026, to January 22, 2027;
- Opening expert reports served from December 22, 2026, to February 19, 2027;
- Rebuttal expert reports served from January 19, 2027, to March 19, 2027;
- Expert depositions completed from February 16, 2027, to April 16, 2027;
- Dispositive motions filed from March 23, 2027, to May 21, 2027;
- Joint pretrial order filed from April 20, 2027, to June 18, 2027; and
- Parties ready for trial from July 20, 2027, to September 17, 2027.

A proposed Revised Scheduling Order is attached as Exhibit A.

The Parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ Lynda A. Bennett*

Lynda A. Bennett

cc: All Counsel of Record [via ECF]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST STATE INSURANCE COMPANY, NEW ENGLAND INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, AND HARTFORD ACCIDENT AND INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED JEWISH APPEAL-FEDERATION OF JEWISH PHILANTHROPIES OF NEW YORK, INC. AND THE SHOREFRONT YM-YWHA OF BRIGHTON-MANHATTAN BEACH, INC.,<br><br>Defendants. | Case No. 1:25-cv-01418-JGK<br><br>**PROPOSED REVISED SCHEDULING ORDER** |

The Rule 26(f) Report and Scheduling Order entered on July 28, 2025 [ECF No. 37], as modified by proposed modified scheduling order filed February 27, 2028 [ECF No. 67] and by Revised Scheduling Order entered on June 17, 2026 [ECF No. 86], is hereby modified as follows:

1. **Document production:** completed by October 26, 2026;
2. **Privilege logs:** exchanged by November 10, 2026;
3. **Requests for admission:** served by November 30, 2026;
4. **Fact discovery and fact witness depositions:** completed by January 22, 2027;
5. **Opening expert reports:** served by February 19, 2027;
6. **Rebuttal expert reports:** served by March 19, 2027;
7. **Expert depositions:** completed by April 16, 2027;
8. **Dispositive motions:** filed by May 21, 2027;

9. **Joint pretrial order:** filed by June 18, 2027; and

10. **Parties ready for trial:** September 17, 2027.

All other deadlines and provisions of ECF No. 37 remain in full force and effect.

**SO ORDERED** this ______ day of August, 2026.

_________________________________________
Hon. John G. Koeltl, U.S.D.J.