UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST STATE INSURANCE COMPANY, NEW ENGLAND INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, AND HARTFORD ACCIDENT AND INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED JEWISH APPEAL-FEDERATION OF JEWISH PHILANTHROPIES OF NEW YORK, INC. AND THE SHOREFRONT YM-YWHA OF BRIGHTON-MANHATTAN BEACH, INC.,<br><br>Defendants. | Case No. 1:25-cv-01418-JGK<br><br>**~~PROPOSED~~ REVISED SCHEDULING ORDER** |

The Rule 26(f) Report and Scheduling Order entered on July 28, 2025 [ECF No. 37], as modified by proposed modified scheduling order filed February 27, 2028 [ECF No. 67] and by Revised Scheduling Order entered on June 17, 2026 [ECF No. 86], is hereby modified as follows:

1. **Document production:** completed by October 26, 2026;
2. **Privilege logs:** exchanged by November 10, 2026;
3. **Requests for admission:** served by November 30, 2026;
4. **Fact discovery and fact witness depositions:** completed by January 22, 2027;
5. **Opening expert reports:** served by February 19, 2027;
6. **Rebuttal expert reports:** served by March 19, 2027;
7. **Expert depositions:** completed by April 16, 2027;
8. **Dispositive motions:** filed by May 21, 2027;

The motions at ECF Nos. 68 and 72 are stayed pending further order of the Court.

9. **Joint pretrial order:** filed by June 18, 2027; and

10. **Parties ready for trial:** September 17, 2027.

All other deadlines and provisions of ECF No. 37 remain in full force and effect.

**SO ORDERED** this 14th day of August, 2026.

/s/ John G. Koeltl

Hon. John G. Koeltl, U.S.D.J.